UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CEDRIC H.E. GRAVES, II, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 20-01311 (UNA) |
| STATE OF OREGON EMPLOYMENT DEPARTMENT, *et al.*, ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*.

The subject matter jurisdiction of the federal district courts is limited and is set forth generally at 28 U.S.C. §§ 1331 and 1332. Under these statutes, federal jurisdiction is available when a "federal question" is presented or the parties are of diverse citizenship and the amount in controversy exceeds $75,000. Here, plaintiff alleges that the State of Oregon has not paid him unemployment benefits. His complaint neither presents a federal question nor establishes diversity jurisdiction.

The Court will grant plaintiff's application to proceed *in forma pauperis* and dismiss the complaint without prejudice for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring the court to dismiss an action "at any time" it determines that subject matter jurisdiction is wanting). A separate order accompanies this Memorandum Opinion.

DATE: June 8, 2020

/s/
EMMET G. SULLIVAN
United States District Judge